1 So.2d 45
**Floyd McKINNEY v. STATE.**
**7 Div. 581.**

Court of Appeals of Alabama.
Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.